# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## March 31, 1998

| 19862 | Gabriel v. Taira | Affirmed |
| 20205 | Martinez v. Attention–Plus Private Nursing, Inc. | Affirmed |

### April 15, 1998

| 20332 | Pioneer Federal Sav. Bank v. Perkins | Affirmed |

### April 22, 1998

| 20741 | Pruse v. Board of Trustees of the Employees' Retirement System of the State of Hawai'i | Affirmed |
| 20358 | State v. Garo | Affirmed |

### April 27, 1998

| 20270 | Kanetake v. Chun | Affirmed |

### April 28, 1998

| 20373 | Estate of Tanaka, In re | Affirmed |

### April 29, 1998

| 20712 | Goetz v. Halekulani Corp. | Affirmed |

### May 5, 1998

| 20817 | Werner v. Champlin | Affirmed |

### June 19, 1998

| 20658 | Bank of Hawai'i v. Snyder | Affirmed |